**Fill in this information to identify the case:**

Debtor Name   Maxcom Telecomunicaciones, S.A.B. de C.V.

United States Bankruptcy Court for the:   Southern     District of  New York
                                                                   (State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   Maxcom Telecomunicaciones, S.A.B. de C.V.

2. **All other names debtor used in the last 8 years**   N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   MTE960228KT0

4. **Debtor's address**

   **Principal place of business**

   Guillermo González Camarena, 2000, Centro Ciudad
   Number      Street

   Santa Fe, Mexico, D.F., 01210
   City                   State        ZIP Code

   Mexico, D.F
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                   State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                   State        ZIP Code

5. **Debtor's website (URL)**   www.maxcom.com.mx

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Maxcom Telecomunicaciones, S.A.B. de C.V          Case number (*if known*)
Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5171

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - X  A plan is being filed with this petition.
     - X  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☐ No
   - ☒ Yes.  District: Delaware    When  07/23/2013    Case number 13-11839
                                          MM / DD / YYYY
             District _____    When _____    Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☐ No
    - ☒ Yes.  Debtor **See Attached Schedule 1**    Relationship Affiliate

              District Southern District of New York    When August 19, 2019
                                                              MM / DD / YYYY

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other_____

**Where is the property?**
Number    Street
_____
_____
City                                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency    _____
   Contact name    _____
   Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000      ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☒ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 19, 2019
              MM / DD / YYYY

X /s/                                                  Erik Gonzalez Laureano
Signature of authorized representative of debtor       Printed name

Authorized Officer
Title

**18. Signature of attorney**

X /s/ Pedro A. Jimenez                                 Date    August 19, 2019
Signature of attorney for debtor                               MM / DD / YYYY

Pedro A. Jimenez
Printed name

Paul Hastings
Firm name

200 Park Avenue
Number    Street

New York                                               NY              10166
City                                                   State           ZIP Code

212.318.6000                                           pedrojimenez@paulhastings.com
Contact phone                                          Email address

4448130                                                New York
Bar number                                             State

## SCHEDULE 1 TO PETITION

**Pending Bankruptcy Cases in the Southern District of New York**
**Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion has been filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of Maxcom USA Telecom, Inc.

1. Maxcom Telecomunicaciones, S.A.B. de C.V.
2. Maxcom USA Telecom, Inc.

RESOLUTIONS

OF

THE BOARD OF DIRECTORS

OF

MAXCOM TELECOMUNICACIONES, S.A.B. DE C.V.

**WHEREAS**, the Board of Directors of Maxcom Telecomunicaciones, S.A.B. de C.V. ("Maxcom") has consulted with its management team, as well as the legal and financial advisors to Maxcom, regarding the current financial condition of the Maxcom and the need to restructure the balance sheet of the Maxcom and its direct and indirect subsidiaries (collectively, the "Company"), including the Company's obligations under those certain outstanding Step-Up Senior Notes due 2020 issued by Maxcom and guaranteed by its subsidiaries (the "Old Notes");

**WHEREAS**, in the spring of 2019, the Company began exploring options for restructuring the Old Notes, including an exchange of the Old Notes for 8% senior secured notes due 2024 (the "Senior Notes"), junior payment-in-kind notes (the "Junior PIK Notes" and together with the Senior Notes, the "New Notes") and cash (collectively, the "Old Notes Restructuring"), and since June 2019, the Company has been in discussions with holders of the Old Notes with respect to the Old Notes Restructuring;

**WHEREAS**, on June 17, 2019, the Company launched a solicitation of holders of the Old Notes (the "Solicitation") to approve the Old Notes Restructuring through (a) an out-of-court exchange offer of the Old Notes for the Old Notes Restructuring and (b) approval of a chapter 11 prepackaged plan of reorganization of the Company (the "Plan");

**WHEREAS**, based on ballots returned by holders of Old Notes on the Plan, more than two-thirds in amount and one-half in number of holders that cast ballots, constituting approximately 66.73% of Old Notes that actually voted on the Plan (and approximately 40.28% of the total outstanding principal amount of the Old Notes), voted to accept the Plan;

**WHEREAS**, based on the results of the Solicitation and consultation with the Company's advisors, the Company believes it has obtained sufficient support on the Plan so as to satisfy the Bankruptcy Threshold (as such term is defined in the materials provided in connection with the Solicitation) and confirm the Old Notes Restructuring on all holders of the Old Notes through the commencement of a prepackaged chapter 11 case or cases (such filings, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court the Southern District of New York (the "Bankruptcy Court") in order to obtain approval of the Plan;

**WHEREAS**, the Solicitation, the Plan and the Chapter 11 Cases have been structured in a way so as to minimize any impact on, or disruption to, the Company's business, including through provisions in the Plan that pay in full or otherwise unimpair all creditors of the Company (other than the Old Notes being restructured under the Plan);

WHEREAS, the Board has determined that, in its judgment, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties that, at such time as determined by the Authorized Officer (as defined below), the Company commence the Chapter 11 Cases in the Bankruptcy Court to confirm the results of the Solicitation of the holders of Old Notes;

WHEREAS, in order to facilitate the commencement and prosecution of the Chapter 11 Cases and approval of the Plan, the Board desires to approve the following resolutions, among others:

**COMMENCEMENT OF CHAPTER 11 CASE**

NOW, THEREFORE, BE IT RESOLVED, that Erik González Laureano (the "Authorized Officer") in this case, be, and hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seals or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Cases, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Cases;

**RETENTION OF ADVISORS**

FURTHER RESOLVED, that the Company is hereby authorized to employ the law firm of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, to render legal services to, and to represent, the Company in the Chapter 11 Cases and in any and all related proceedings, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Company is hereby authorized to employ the financial advisory firm of Alvarez & Marsal México to assist the Company in connection with the filing and prosecution of the Chapter 11 Cases, including without limitation, the preparation of any analysis, schedules, affidavits or other documents or provision of any services as may be necessary or required with respect to approval of the Plan, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Company is hereby authorized to employ Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, NY 10022, to render noticing, balloting, claims administration, and related services in connection with the Chapter 11 Cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Authorized Officer is hereby authorized, empowered and directed to retain on behalf of the Company such other professionals as he or she deems necessary, appropriate or desirable, upon such terms and conditions as he or she shall approve, to render services to the Company in connection with the Chapter 11 Cases and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required;

**GENERAL AUTHORIZATION AND RATIFICATION OF PAST ACTIONS**

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the Plan, which shall, in the Authorized Officer's sole judgment, be necessary, proper or advisable to perform the Company's obligations under or in connection with the Solicitation and any and all transactions contemplated by the Plan and to carry out fully the intent of the foregoing resolutions;

**FURTHER RESOLVED**, that the Authorized Officer is authorized, in the name and on behalf of the Company, to do and perform, or cause to be done and performed, any and all such acts, deeds and things, to make, execute and deliver, or cause to be made, executed and delivered, any and all documents and to take any and all actions as may be necessary or in their opinion desirable to implement or carry into effect the intent and purpose of (a) the foregoing resolutions, or (b) any other action on behalf of the Company in furtherance of, or related to, the obligations listed herein, including, without limitation, executing and delivering, and causing the performance by the Company of its obligations under, any agreement or document referred to herein; and the execution by the Authorized Officer of any such document or the taking of any such other action by or at the direction of the Authorized Officer shall conclusively establish and evidence (i) their making any determination required by the foregoing resolutions as to the necessity or advisability of any particular agreement or action and (ii) their authority therefor; and

**FURTHER RESOLVED**, that any and all actions taken by the Authorized Officer prior to the date of these resolutions that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date of these resolutions be, and hereby are, authorized, ratified, confirmed, adopted and approved in all respects as the acts and deeds of the Company.

*[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]*

RESOLUTIONS OF THE BOARD OF DIRECTORS

OF

MAXCOM TELECOMUNICACIONES, S.A.B. DE C.V.

The undersigned, Armando Jorge Rivero Laing, in my capacity as secretary of the Board of Directors of Maxcom Telecomunicaciones, S.A.B. de C.V. (the "Company"), hereby certify that the Board of Directors of the Company in its meeting of August 15, 2019 adopted and approved or approved, confirmed and ratified the resolutions attached hereto, among other resolutions.

Mexico City, on August 16, 2019

_____
Name: Armando Jorge Rivero Laing
Title: Secretary Non-Member of the Board

Fill in this information to identify the case:

Debtor Name: Maxcom USA Telecom, Inc., et al.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | QUALTEL SA DE CV<br>M. Herrera<br>FRANCISCO FERNANDEZ TREVIÑO 475<br>LEONES MONTERREY<br>MONTERREY 64600<br>Mexico | QUALTEL SA DE CV<br>M. Herrera<br>PHONE: +528117693022<br>FAX:<br>EMAIL: mherrera@qualtel.com.mx | Services | | | | $1,700,615.22 |
| 2 | Instituto Federal de Telecomunicaciones<br>IFT<br>Insurgentes Sur #1143,<br>Col. Nochebuena 03720<br>Mexico | Instituto Federal de Telecomunicaciones<br>IFT<br>PHONE: 55 5015 4000<br>FAX:<br>EMAIL: atencion@ift.org.mx | Fine | Contingent and Disputed | | | $1,054,404.41 |
| 3 | NEC DE MEXICO SA DE CV<br>M. Ramirez<br>JAIME BALMES 8<br>COL LOS MORALES POLANCO<br>11510<br>Mexico | NEC DE MEXICO SA DE CV<br>M. Ramirez<br>PHONE: +525521226500<br>FAX:<br>EMAIL: mramirez@nec.com.mx | Goods | | | | $210,318.45 |

*Not listed herein for confidentiality reasons is a claim that Maxcom Parent is currently challenging on Mexican constitutional grounds and which Maxcom Parent believes, as a matter of Mexican law, is valued at zero liability. To the extent necessary, the Debtors will file a motion with the Court for authority to provide additional information on this claim under seal.

Debtor _____    Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | MXT EAGLE TOWERS SAPI DE CV<br>Oliver Deleau<br>PEDREGAL 24 PISO 3 PISO 3<br>MOLINO DEL REY 11040<br>Mexico | MXT EAGLE TOWERS SAPI DE CV<br>Oliver Deleau<br>PHONE: +525541298523<br>FAX:<br>EMAIL:<br>oliver.deleau@mxtowers.co | Sale and Lease Back | | | | $202,804.60 |
| 5 | DATAVISION DIGITAL SA DE CV<br>Jaime Lama<br>PATRIOTISMO 8<br>COL CONDESA 12200<br>Mexico | DATAVISION DIGITAL SA DE CV<br>Jaime Lama<br>PHONE: +525541951100<br>FAX:<br>EMAIL:<br>jaime.lama@datavision.com.mx | Services | | | | $172,114.61 |
| 6 | WESTCON MEXICO SA DE CV<br>Customer Service<br>CALLE LAGO VICTORIA 74 PISO PISO 7<br>COL GRANADA 11520<br>Mexico | WESTCON MEXICO SA DE CV<br>Customer Service<br>PHONE: +525541603257<br>FAX:<br>EMAIL: anyluv@comstor-la.com | Goods | | | | $139,554.45 |
| 7 | PROCOM SERVICIOS INTELIGENTES<br>Ricardo Pelusi<br>MONTES ATHOS 355-302 355-302<br>LOMAS DE CHAPULTEPEC III 11000<br>Mexico | PROCOM SERVICIOS INTELIGENTES<br>Ricardo Pelusi<br>PHONE: +525562864325<br>FAX:<br>EMAIL: ricardo.pelusi@procom-inc | Services | | | | $133,869.96 |
| 8 | ALCATEL LUCENT MEXICO SA DE CV<br>Eduardo Velazquez<br>CIENCIA 13 13<br>SIN NUMERO PARQUE INDUSTRIAL 54730<br>Mexico | ALCATEL LUCENT MEXICO SA DE CV<br>Eduardo Velazquez<br>PHONE: +525526209200<br>FAX:<br>EMAIL:<br>eduardo.velazquez@nokia.c | Maintenance | | | | $113,796.00 |
| 9 | INNOVACONECT S DE RL DE CV<br>Juan B.M.<br>Rio tuxpan 1<br>PASEOS DE CHURUBUSCO 09030<br>Mexico | INNOVACONECT S DE RL DE CV<br>Juan B.M.<br>PHONE: +525531785086<br>FAX:<br>EMAIL:<br>juanbm@innovaconect.com | Maintenance | | | | $104,284.00 |
| 10 | SK HOLDINGS SA DE CV<br>Carlos<br>PASEO DE LOS ENCINOS 38<br>FRACC LOS ENCINOS KM 46 52000<br>Mexico | SK HOLDINGS SA DE CV<br>Carlos<br>PHONE: +527282823258<br>FAX:<br>EMAIL: carlos@skh.mx | Maintenance | | | | $84,334.34 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor _____  Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | IP MATRIX SA DE CV<br>Accounts Receivable<br>CAMPOS ELISEOS 9050 H1 9050 H1<br>CAMPOS ELISEOS 32472<br>Mexico | IP MATRIX SA DE CV<br>Accounts Receivable<br>PHONE: +526562571281<br>FAX:<br>EMAIL: ar@transtelco.net | Services | | | | $74,625.47 |
| 12 | PROFESIONALES EN COMPUTACION SA DE<br>Irene Antonio<br>XICOTENCATL 109<br>COL DEL CARMEN COYOACAN 04100<br>Mexico | PROFESIONALES EN COMPUTACION SA DE<br>Irene Antonio<br>PHONE: +525586785489<br>FAX:<br>EMAIL: irene_antonio@pco.com.mx | Goods | | | | $74,285.50 |
| 13 | AXTEL S.A.B DE CV<br>A. Ceballos<br>BLVD DIAZ ORDAZ KM 3.33 L-1<br>COL UNIDAD SAN PEDRO 66215<br>Mexico | AXTEL S.A.B DE CV<br>A. Ceballos<br>PHONE: +528147701134<br>FAX:<br>EMAIL: aceballos77@gmail.com | Services | | | | $59,105.85 |
| 14 | LEVEL SMS SA DE CV<br>Customer Service<br>PASEO DE LAS PALMAS 215 304D 304D<br>LOMAS DE CHAPULTEPEC 1 SE 11000<br>Mexico | LEVEL SMS SA DE CV<br>Customer Service<br>PHONE: +525551478040<br>FAX:<br>EMAIL: smsadmin@c3ntro.com | Services | | | | $55,229.98 |
| 15 | ATC HOLDING FIBRA MEXICO<br>Carolina Zainos<br>JUAN VAZQUEZ DE MELLA 48 PISO5<br>LOS MORALES POLANCO 11510<br>Mexico | ATC HOLDING FIBRA MEXICO<br>Carolina Zainos<br>PHONE: +525588501602<br>FAX:<br>EMAIL: Carolina.zainos@americant | Maintenance | | | | $48,946.03 |
| 16 | DUPRA SYSTEMS SA DE CV<br>C. Duran<br>CALLE TAXCO 14 506-7 506-7<br>ROMA SUR 06760<br>Mexico | DUPRA SYSTEMS SA DE CV<br>C. Duran<br>PHONE: +525552644058<br>FAX:<br>EMAIL: cduran@duprasystems.com | Services | | | | $45,820.36 |
| 17 | Secretaria de Couminaciones y Transporte<br>SCT<br>Insurgentes Sur 1089<br>Col. Nochebuena 03720<br>Mexico | Secretaria de Couminaciones y Transporte<br>SCT<br>PHONE: 55-57-23-93-00<br>FAX:<br>EMAIL: buzon_ucg@sct.gob.mx | Fine | Contingent and Disputed | | | $43,389.20 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor _____    Case number (if known) _____
       Name

|   | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 18 | GRUPO POLMESA SA DE CV<br>Treviño<br>PLAN SEXENAL 3760 3760 3760<br>JARDIN REVOLUCION,<br>TLAQUEPAQUE 45580<br>Mexico | GRUPO POLMESA SA DE CV<br>Treviño<br>PHONE: +523310295003<br>FAX:<br>EMAIL: trev@prodigy.net.mx | Services | | | | $42,180.31 |
| 19 | JAG TELECOM SA DE CV<br>Camacho<br>LA GARITA 31 LT 4<br>COL CALPULTITLA 55700<br>Mexico | JAG TELECOM SA DE CV<br>Camacho<br>PHONE: +525565847696<br>FAX:<br>EMAIL: camachosua@jagtelecom.com | Services | | | | $41,293.58 |
| 20 | VICTOR HUGO RODRIGUEZ LOPEZ<br>Victor Hugo Rodriguez<br>HORNERO 2 1 1<br>LA PRADERA EL MARQUES 76269<br>Mexico | VICTOR HUGO RODRIGUEZ LOPEZ<br>Victor Hugo Rodriguez<br>PHONE: +524422675039<br>FAX:<br>EMAIL: hugo1978_@hotmail.com | Services | | | | $39,300.66 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

PAUL HASTINGS LLP
200 Park Avenue, New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Pedro A. Jimenez
Irena Goldstein

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | : | Chapter 11 |
|---|---|---|
| *In re:* | : | |
| | : | Case No. 19-_____-____ |
| **MAXCOM TELECOMUNICACIONES, S.A.B. de C.V.** | : | |
| | : | (Joint Administration Requested) |
| | : | |
| | : | |
| Debtor. | : | |
---------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, there are no known corporations that directly or indirectly own 10% or more of any class of Maxcom Telecomunicaciones, S.A.B. de C.V.'s equity interests.

1

**Fill in this information to identify the case and this filing:**

Debtor Name: Maxcom Telecomunicaciones, S.A.B. de C.V.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- X  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- X  Other document that requires a declaration: Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 19, 2019
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Erik González Laureano
Printed name

Authorized Officer
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors